O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 3 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SA CR 09-0181 DOC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. | |
| 3) AARON HUGHES | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: *Dft. submits to detention.*

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: *See above*

IT IS ORDERED that defendant be detained.

DATED: January 13, 2017

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE