FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 21 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON HUGHES,<br><br>Defendant. | Case No. SACR 09-00181-DOC<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Prior probation/supervised release revocations, history of drug use, history of attempts to avoid detection of drug use, nature of current allegations*

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Prior probation/supervised release revocations, including a revocation based upon commission of a new offense, nature of current allegations, history or drug use*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: June 21, 2017

JOHN D. EARLY
United States Magistrate Judge